UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 04-10314-RCL |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| (1) MANUEL E. PINALES, | ) 21 U.S.C. § 846 |
| (2) JOSE ANTONIO CRUZ, | ) Conspiracy to Distribute Cocaine |
| a/k/a "Eduardo LNU" | ) |
| (3) LUIS R. CLAS, | ) 21 U.S.C. §§ 841 (a)(1) |
| a/k/a "Cuba" | ) Distribution of Cocaine and Possession with |
| (4) RICHARD PENA, and | ) Intent to Distribute |
| (5) TAJH M. WHITE | ) |
| | ) 18 U.S.C. § 2 |
| | ) Aiding and Abetting |
| | ) |

## INDICTMENT

**COUNT ONE:**     (21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine)

The Grand Jury charges that:

From in or about June 2004, and continuing thereafter until on or about October 6, 2004, the date of this Indictment, at Boston, Fall River, New Bedford and elsewhere in the District of Massachusetts, and elsewhere

(1) MANUEL E. PINALES,
(2) JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"
(3) LUIS R. CLAS a/k/a "Cuba,"
(4) RICHARD PENA, and
(5) TAJH M. WHITE

defendants herein, did knowingly and intentionally conspire, combine, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, cocaine, a Schedule II controlled substance, in violation of Title

21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein involved five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii) applies to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**   (21 U.S.C. § 841(a)(1)--Distribution of Cocaine; 18 U.S.C. § 2—Aiding and Abetting)

The Grand Jury further charges that:

On or about September 27, 2004, at Boston, in the District of Massachusetts,

**(1) MANUEL E. PINALES and
(3) LUIS R. CLAS a/k/a "Cuba"**

defendants herein, knowingly and intentionally did possess with intent to distribute and did distribute cocaine, a Schedule II controlled substance.

It is further alleged that the offense described herein involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE:** (21 U.S.C. § 841(a)(1)–Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2—Aiding and Abetting)

The Grand Jury further charges that:

On or about September 27, 2004, at Boston, in the District of Massachusetts,

### (5) TAJH M. WHITE

defendant herein, knowingly and intentionally did possess with intent to distribute and did distribute cocaine, a Schedule II controlled substance.

It is further alleged that the offense described herein involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR:** (21 U.S.C. § 841(a)(1)--Distribution of Cocaine; 18 U.S.C. § 2—Aiding and Abetting)

The Grand Jury further charges that:

On or about September 29, 2004, at Boston, in the District of Massachusetts,

> **(1) MANUEL E. PINALES and**
> **(3) LUIS R. CLAS a/k/a "Cuba"**

defendants herein, knowingly and intentionally did possess with intent to distribute and did distribute cocaine, a Schedule II controlled substance.

It is further alleged that the offense described herein involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## **FORFEITURE ALLEGATION**
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the narcotics offenses alleged in Counts One through Four of this Indictment,

**(1) MANUEL E. PINALES,**
**(2) JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"**
**(3) LUIS R. CLAS a/k/a "Cuba,"**
**(4) RICHARD PENA, and**
**(5) TAJH M. WHITE**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 853.

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY

_____
MAUREEN B. HOGAN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:        October 6, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk       2:07 pm

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet                                   U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City**  Boston                         **Related Case Information:**

**County**  Suffolk                    Superseding Ind./ Inf. _____   Case No. _____
                                       Same Defendant _____   New Defendant _____
                                       Magistrate Judge Case Number _____
                                       Search Warrant Case Number _____
                                       R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Tajh M. White                         Juvenile  ☐ Yes  ☒ No

**Alias Name**  _____

**Address**  Unknown

**Birth date (Year only):** 76   **SSN (last 4 #):** 9376   **Sex** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Maureen B. Hogan                   **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No      **List language and/or dialect:**  Spanish

**Matter to b[redacted]**    ☐ No
[redacted]                   ☐ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**      ☐ Complaint        ☐ Information       ☒ Indictment

**Total # of Counts:**      ☐ Petty ____       ☐ Misdemeanor ____  ☐ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** October 6, 2004         **Signature of AUSA:** /s/

◆JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Tajh M. White

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 841 | Possession with Intent to Distribute Cocaine | Three |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Richard Pena           Juvenile  ☐ Yes  ☒ No

Alias Name   _____

Address   7 Knight Street, Apt. 2R, Hyde Park, MA

Birth date (Year only): 48   SSN (last 4 #): 4363   Sex M   Race: Hipsanic   Nationality: Dominican

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Maureen B. Hogan           Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No      List language and/or dialect:  Spanish

Matter to be ~~SEALED~~       ☐ No

~~_____~~                ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 6, 2004      Signature of AUSA: _____

∾JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Richard Pena _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 846 | Conspiracy to Distribute Cocaine | One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

$\textcircled{\tiny\$}$JS 45  (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____   **Category No.** II _____   **Investigating Agency** DEA _____

**City**   Boston _____

**County**   Suffolk _____

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Luis R. Clas _____   Juvenile   ☐ Yes   ☒ No

Alias Name   Cuba _____

Address   115 Navarre Street, Floor 2, Hyde Park, MA _____

Birth date (Year only):  47 ___   SSN (last 4 #):  6636 ___   Sex  M ___   Race:   Hipsanic _____   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Maureen B. Hogan _____   Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No   List language and/or dialect:   Spanish _____

Matter to be ~~SEALED~~   ~~Yes~~   ☐ No

~~Warrant Requested~~   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☐ Felony  3 ___

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  October 6, 2004   Signature of AUSA: _____

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      Luis R. Clas _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 846 | Conspiracy to Distribute Cocaine | One |
| Set 2 | 18 U.S.C. § 841 | Distribution of Cocaine | Two and Four |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __II__   Investigating Agency __DEA__

City __Boston__                    Related Case Information:

County __Suffolk__                 Superseding Ind./ Inf. _____  Case No. _____
                                   Same Defendant _____  New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jose Antonio Cruz__          Juvenile  ☐ Yes  ☒ No

Alias Name __Eduardo__

Address __Bronx, NY__

Birth date (Year only): __74__  SSN (last 4 #): ____  Sex __M__  Race: __Hipsanic__  Nationality: __Dominican__

Defense Counsel if known: _____        Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Maureen B. Hogan__            Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No       List language and/or dialect:  __Spanish__

Matter to be [redacted]  ☐ No

[redacted]  ☐ Regular Process           ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty ____   ☐ Misdemeanor ____   ☐ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 6, 2004        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jose Antonio Cruz

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 846 | Conspiracy to Distribute Cocaine | One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II _____  **Investigating Agency** DEA _____

**City** Boston _____  **Related Case Information:**

**County** Suffolk _____  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Manuel E. Pinales _____    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 1828 River Street, Hyde Park, MA _____

**Birth date (Year only):** 63 ___  **SSN (last 4 #):** 4818 ___  **Sex** M  **Race:** Hipsanic ___  **Nationality:** Dominican ___

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Maureen B. Hogan _____  **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** Spanish _____

**Matter to b~~_____~~** ☐ No

~~_____~~ ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** October 6, 2004    **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Manuel E. Pinales

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 846 | Conspiracy to Distribute Cocaine | One |
| Set 2   18 U.S.C. § 841 | Distribution of Cocaine | Two and Four |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**