AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

## APPEARANCE

Case Number: 04-10314-RCL

FILED
In Open Court
USDC Mass
Date 10/12/04
By
Deputy Clerk 2:30 pm

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Michael E. Pusley

I certify that I am admitted to practice in this court.

| Date | Signature |
| --- | --- |
| | Print Name / Bar Number |
| | Address |
| | City / State / Zip Code |
| | Phone Number / Fax Number |