# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**MANUEL E. PINALES,**
**JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"**
**LUIS R. CLAS a/k/a "Cuba,"**
**RICHARD PENA, and TAJH M. WHITE**

WARRANT FOR ARREST

Case Number: 04-10314-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MANUEL E. PINALES**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT [ ] INFORMATION [ ] COMPLAINT [ ] ORDER OF COURT [ ] VIOLATION OF NOTICE [ ] PROBATION VIOLATION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to Distribute Cocaine**
**Distribution of Cocaine**

in violation of Title __21__ United States Code, Section(s) __846, 841__.

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: **UNITED STATES MAGISTRATE JUDGE**

Date and Location: Boston, MA; OCT - 6 2004

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ _____ BY _____

Received U.S. Marshal Service Boston, MA 2004 OCT -7 A 8:56

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

WARRANT EXECUTED BY __DEA__
BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON __10/12/04__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |