AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

**APPEARANCE**

FILED
In Open Court
SDC Mass.
Date 10/18/04
[illegible] Clerk 2:35PM

Case Number: 04CR-10314-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Manuel Pivelar_

I certify that I am admitted to practice in this court.

UNITED STATES DISTRICT COURT
DIST OF MASS
FILED IN OPEN COURT
Date

Date: 10/18/04

Signature: _[signature]_

Print Name: _Steven J. Rappaport_    Bar Number: _411300_

Address: _228 Central St_

City: _Lowell_    State: _MA_    Zip Code: _01852_

Phone Number: _978-454-8103_    Fax Number: _978-937-9422_