UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04 CR 10314 RCL |
| ) | |
| MANUEL PINALES, ) | |
| JOSE ANTONIO CRUZ, ) | |
|    a/k/a "Eduardo LNU" ) | |
| LUIS CLAS, ) | |
|    a/k/a "Cuba" ) | |
| RICHARD PENA, and ) | |
| TAJH WHITE ) | |
| _____ ) | |

## ORDER TO PRESERVE DRUG EVIDENCE

The defendants having requested that the drug evidence in the above referenced matter be preserved, the Court hereby orders that all quantities of cocaine and heroin seized by the United States Drug Enforcement Administration on October 8, 2004 in connection with the above-referenced matter be preserved until trial of this matter or further order of this Court. This drug evidence includes approximately 53 kilograms of cocaine and 1 kilogram of heroin seized at 115 Navarre Street, Hyde Park, MA and approximately 4 kilograms of cocaine seized at 7 Knight Street, Hyde Park, MA.

**DONE AND ORDERED** at Boston, Massachusetts, this 12th day of November, 2004.

MARIANNE B. BOWLER
UNITED STATES
CHIEF MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS