# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10314-RCL

UNITED STATES OF AMERICA

v.

MANUEL E. PINALES

### *FINAL STATUS REPORT*

June 16, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with conspiracy to distribute cocaine, distribution of cocaine and aiding and abetting, was returned on October 6, 2004;

    2. The defendant was arraigned on the Indictment on November 1, 2004;

    3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to six witnesses and that the trial would last approximately three weeks;

5. Counsel for the defendant will file a motion to suppress by August 26, 2005;

6. As of the date of this Final Status Report, the parties have agreed to exclude time through August 26, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge