UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATE OF AMERICA )<br>)<br>v. )<br>)<br>MANUEL PINALES ) | Criminal No. 04-CR-10314-RCL |

### AFFIDAVIT OF MANUEL PINALES

I, Manuel Pinales, defendant in the above-referenced matter, hereby depose and aver as follows:

1. I am the defendant in the above-referenced matter.

2. I am a legal resident of the United States and until my arrest in the instant case I resided at 1828 River Street, Hyde Park, Massachusetts with the mother of my children and my children.

3. I have been informed that on or about October 8, 2004, federal law enforcement agents searched my residence and seized certain personal property therefrom.

4. Neither I, nor anyone else with authority to do so, consented to the search of my residence or the seizure of property therefrom.

5. Prior to the search and seizure conducted at my residence, I had taken all normal precautions to protect my privacy therein.

_/s/ Manuel Pinales_
Manuel Pinales

Dated:   August _19_, 2005