UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-CR-10314-RCL |
| ) | |
| MANUEL PINALES ) | |

CERTIFICATE OF SERVICE

I, Steven J. Rappaport, hereby certify that on August 22, 2005, a copy of the following documents were served to all counsel of record in the above referenced matter by ECF:

1. Defendant's Motion to Suppress;

2. Defendant's Memorandum of Law in Support of Defendant's Motion to Suppress; and

3. Affidavit of Manuel Pinales.

MANUEL PINALES
By his attorney:


s/Steven J. Rappaport
Steven J. Rappaport
Rappaport & Delaney
228 Central Street
Lowell, MA 01852
(978) 454-8103
BBO# 412300