```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
v.                           )      Criminal No. 04 CR 10314 RCL
                             )
(1) MANUEL E. PINALES,       )
(2) JOSE ANTONIO CRUZ,       )
     a/k/a "Eduardo LNU"     )
(3) LUIS R. CLAS,            )
     a/k/a "Cuba"            )
(4) RICHARD PENA, and        )
(5) TAJH M. WHITE            )
                             )
```

## ASSENTED TO MOTION FOR EXTENSION OF TIME
## TO FILE OPPOSITION TO MOTION TO SUPPRESS EVIDENCE

The United States, with the assent of defendant Manuel Pinales, respectfully moves for an extension of time to file the government's opposition to defendant Pinales' Motion to Suppress Evidence until November 7, 2005. The evidence in this case and the information upon which the search warrant is based was obtained through wiretaps on 6 telephones over a period of approximately 3 months. Given the substantial evidence in this case and the government's schedule, the government requires additional time to prepare an opposition to the defendant's motion to suppress.

Accordingly, the government requests an extension of time until November 7, 2005, to oppose defendant Pinales' motion to suppress.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                        By:   /s/ Maureen B. Hogan
                               Maureen B. Hogan
                               Assistant U.S. Attorney

Dated: September 12, 2005