FILED
N CLERKS OFFICE

9/22/05

2005 SEP 26 P 3:16

Honorable Judge Lindsey

U.S DISTRICT COURT
DISTRICT OF MASS

Dear judge How are you I Hope by the time
when you receive this letter you doing well

My name is
Richar peña  ID. 03571E
I'm writing to Ask you For a Favor
Rightnow I need to change my Lawyer
because My Family They can't keep paing Him
Anymore we don't Have not money to pay His
Serve. I Hope you can Help me to change
Mr. Barry p. Wilson.

That's it my case namber
04-10314-RCL

Senceley
Richar peña