UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MANUEL E. PINALES, et al. )<br>_____) | Criminal No. 04 CR 10314 RCL |

**JOINT MOTION TO CONTINUE RULE 11 HEARING**

The United States of America and the defendant, Manuel Pinales, hereby move this Court to continue the Rule 11 hearing, presently scheduled for May 24, 2006 at 2:30 p.m., to a date after June 12, 2006 to be determined by the Court. As reasons therefore, the parties state that they are continuing to negotiate a plea agreement and need additional time to finalize the plea agreement prior to the Rule 11 hearing.

Dated: May 19, 2006

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                       By:  /s/ Maureen B. Hogan
                                                Maureen B. Hogan
                                                Assistant U.S. Attorney

                                                Manuel E. Pinales
                                                By his attorney,

                                                /s/ Steven J. Rappaport
                                                Steven J. Rappaport, Esq.