UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal No. 04 CR 10314 RCL |
| ) | |
| MANUEL E. PINALES, et al. ) | |
| ) | |

**JOINT MOTION TO CONTINUE SENTENCING HEARING**

The United States of America and the defendant, Manuel Pinales, hereby move this Court to continue the Sentencing hearing, presently scheduled for November 13, 2006, for a period of 90 days.  As reasons therefore, the parties state that they need additional time to address ceratin issues that have arisen regarding sentencing.

Dated: October 16, 2006

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

                By: /s/ Maureen B. Hogan
                    Maureen B. Hogan
                    Assistant U.S. Attorney


                    Manuel E. Pinales
                    By his attorney,


                    /s/ Steven J. Rappaport
                    Steven J. Rappaport, Esq.