UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 04-10314-RCL |
| ) | |
| MANUEL E. PINALES, et al. ) | |

**NOTICE OF APPEARANCE**

    Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              By:

                              */s/: Sharron A. Kearney*
                              SHARRON A. KEARNEY
                              Assistant U.S. Attorney
                              United States Attorney's Office
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3687

Dated: January 8, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 8, 2007.

                                                               */s/: Sharron A. Kearney*
                                                               SHARRON A. KEARNEY
                                                               Assistant U.S. Attorney

Dated: January 8, 2007