UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 04-10314-RCL |
| | ) | |
| PINALES, et al. | ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

By:    */s/ Theodore B. Heinrich*
           THEODORE B. HEINRICH
           Assistant U.S. Attorney

Dated: December 17, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Theodore B. Heinrich*
THEODORE B. HEINRICH
Assistant United States Attorney

Date: December 17, 2007